Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 JUL 20 AM 11:44

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ______

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>MORALES-LANDEL JESUS<br>USMS# ______ DEFENDANT | CASE NUMBER:<br>2:26-mj-02611-DUTY |
| | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 07/20/2026 at 0800 ☑ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked: Title: 21 USC: 841(A)(1)
   POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTAN

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes Language: ENGLISH

7. Year of Birth: 1993

8. Defendant has retained counsel: ☑ No
   ☐ Yes Name: ______ Phone Number: ______

9. Name of Pretrial Services Officer notified: ______

10. Remarks (if any): ______

11. Name: BENJAMIN BROOKSHIRE (please print)

12. Office Phone Number: 213-305-9445

13. Agency: DEA

14. Signature: [signature]

15. Date: 7/20/26