FILED
CLERK, U.S. DISTRICT COURT
8/19/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS HECTOR MORALES-LANDELL, aka "Jesus Morales-Landel,"<br>Defendant. | No. 2:26-cr-00537-MRA<br><u>I N F O R M A T I O N</u><br>[21 U.S.C. § 851: Proceedings to Establish Prior Felony Drug Convictions] |

The United States of America charges:

[18 U.S.C. § 851]

Defendant JESUS HECTOR MORALES-LANDELL, also known as "Jesus Morales-Landel," prior to committing the offenses alleged in Counts One and Two of the Indictment in <u>United States v. Jesus Hector Morales-Landell</u>, No. 2:26-cr-00537-MRA, had been finally convicted of serious drug felonies as that term is defined and used in Title 21, United States Code, Sections 802(58), 841, and 851, for which the maximum term of imprisonment was ten years or more and for which defendant MORALES-LANDELL served a term of imprisonment of more than 12 months:

1. Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952, 960, in the United States District Court for the Southern District of California, Case Number 3:17-cr-00742-MMA, on or about April 4, 2017.

2. Importation of Heroin, in violation of Title 21, United States Code, Sections 952, 960, in the United States District Court for the Southern District of California, Case Number 3:17-cr-00742-MMA, on or about April 4, 2017.

Defendant MORALES-LANDELL was released from a term of imprisonment for both of the above offenses within 15 years of the commencement of the offense alleged in this Indictment.

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

CHRIS S. BULUT
Assistant United States Attorney
General Crimes Section